# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Edward Earl Willis,<br>*Plaintiff*<br>v.<br><br>Christopher A. Morrow *Assistant Attorney General for the State of South Carolina*,<br>*Defendants* | Civil Action No.   3:19-cv-00309-CMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Edward Earl Willis, shall take nothing of the defendant, Christopher A. Morrow *Assistant Attorney General for the State of South Carolina*, and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Cameron McGowan Currie, Senior United States District Judge, presiding, accepting the Reports and Recommendations of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   March 21, 2019                                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker
                                                                        _____
                                                                          *Signature of Clerk or Deputy Clerk*